U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Dec 30 - 2025**

John M. Domurad, Clerk

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

Northern    for the    New York
District    District of

Division

)    Case No.    1:25-cv-1835 (MAD/TWD)

Valerie Flores )

) *(to be filled in by the Clerk's Office)*

)

**_Plaintiff(s)_**
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

)

)

)

)

)

)

)

)

Ramsey Kropp, Patricia Kropp, Garrett Kropp, Kelli Carter, Alexia Dalton )

**_Defendant(s)_**
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)

)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Valerie Flores |
| Street Address | PO Box 1110 Acc 5749 |
| City and County | Albany (Albany) |
| State and Zip Code | NY 12201 |
| Telephone Number | 838-265-4961 |
| E-mail Address | |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name     Ramsey Kropp & Patricia Kropp

Job or Title *(if known)*

Street Address

City and County

State and Zip Code     Wisconsin?

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name     Garrett Kropp & Alexia Dalton

Job or Title *(if known)*

Street Address

City and County

State and Zip Code     Montana/Idaho/Missouri/ Wisconsin?

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name     Kelli J Carter

Job or Title *(if known)*

Street Address     unknown address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Interstate stalking by defendants 18 USC § 2261

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* Valerie Flores , is a citizen of the State of *(name)* New York .

b.     If the plaintiff is a corporation
The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A .
and has its principal place of business in the State of *(name)*
N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual  Patricia Kropp/
The defendant, *(name)* Ramsey Kropp / Garrett Kropp / , is a citizen of the State of *(name)* unknown . Or is a citizen of Alexia Dalton/ Kelli Carter
*(foreign nation)* USA .

Page 3 of 6

I need an injunction against defendant's that include my child & parents (a "Leroy" with SSM Health recently hit my Dad's car & my father described him as being really tall & white. I question if one of these two, Garrett or Ramsey, legally changed their name.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I also recently encountered a vehicle on two different occasions that one had personalized plates that said Dr. Carter & then I saw a Carter medical transport vehicle. I found this very abnormal & offensive when these individuals live a different lifestyle. The Carter sightings were Illinois. I used to be friends w/ Kelli & would not expect something like this from her! I saw Patricia in Brazil (2023) & my taxi driver was a witness. She was following our taxi I think

IV.    **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I would like an injunction & maximum amt of CVC from each incident w/ each defendant mentioned. Recently I saw personalized plates go by me that said "908 BOMB", "PAINLESS" "MISSILE 3". They all had Ohio plates. That is where I last saw Patricia & Alexia

because I turned my wifi on my phone & saw the name Patricia. I felt frightened & threatened by this. These individuals except Alexia & Kelli, are ex military members so it is intimidating

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I request that the court award me crime victim compensation for stalking against Alexia Dalton (Minnesota - summer 2025 in her yellow Ford Escape), Patricia Kropp & Alexia Dalton - Ohio (early 2025 & summer 2025), Patricia Kropp - August 2023 - Fitchburg, WI area, Ramsey Kropp Riverside, CA (March 2024 - I was waiting for a bus in Riverside, CA), Garrett Kropp - Madison, WI airport - 6/2022 & a semi w/ Idaho plates (12/2025 on interstate outside of WI

Page 5 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/22/25

Signature of Plaintiff    _Valerie Flores_

Printed Name of Plaintiff    _Valerie Flores_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____